UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Zsuzy Sanford et al

          Plaintiff

      V.

Creative Hairdressers, Inc.

          Defendant

CIVIL ACTION

NO. 18cv10132-WGY

## ORDER APPROVING SETTLEMENT

YOUNG, D. J.

This action came to hearing before the Court on May 8, 2018 for the approval of settlement by the parties. The Court hereby GRANTS ECF No. 24, the Joint Motion for Settlement Approval, APPROVES the settlement in this case.

It is hereby ORDERED that this case is CLOSED.

By the Court,

June 15, 2018                      /s/Matthew A. Paine

    Date                                Deputy Clerk